In the Matter of the Accounting of ANNA EHLERT et al., as Administratrices with the Will Annexed of CONRAD HAMMER, SR., Deceased, Appellants.

THE MARINE TRUST COMPANY OF BUFFALO, Respondent.

(Submitted October 2, 1933; decided October 10, 1933.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 261 N. Y. 677.)

CHARLES L. MECKENBERG, as Trustee in Bankruptcy of SAM SCHEINBLUM BUILDING CORPORATION, Appellant and Respondent, *v.* T. H. FRASER MORTGAGE CORPORATION, Respondent and Appellant, Impleaded with Another.

(Submitted October 2, 1933; decided October 10, 1933.)

*Samuel Okin* for motion.

*Nathan Marks* and *Lloyd B. Kanter* opposed.

*Per Curiam.* We hold that the judgment is interlocutory and that no appeal lies therefrom to this court either by plaintiff or by defendant. Therefore, this court on its own motion vacates the order of December, 1932, and grants the motion to dismiss defendant's appeal.

Motion for leave to appeal denied, with ten dollars costs and necessary printing disbursements, and order of this court of December 6, 1932, denying motion to dismiss appeal (260 N. Y. 669) vacated, and motion granted and appeal dismissed, with costs and ten dollars costs of motion.